# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00231-CV

**Eye Level Holdings, LLC d/b/a Jawa; New Economic Order, LLC; Saguaro Media, LLC; Eagle Park, LLC; Cylon, LLC; BESTTXTS.Com, LLC; Standard Plan, LLC; WORLDTXTS.Com, LLC; MYTXTSMS.Com, LLC; Text Charge, LLC; FYISMS.Com, LLC; New Alerts LLC; et al., Appellants**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT NO. D-1-GV-11-000268, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion to dismiss their appeal from the district court's order partially granting and partially denying the State's motion for an temporary injunction, stating that they "respectfully withdraw their notice of appeal" and that "withdrawal is consented to by all parties." We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed on Appellants' Motion

Filed:   July 8, 2011